UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1892 WQH |
| Plaintiff, ) | INDICTMENT |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| RICARDO ESQUIVEL-GUZMAN, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about May 24, 2008, within the Southern District of California, defendant RICARDO ESQUIVEL-GUZMAN did knowingly and intentionally import approximately 16.54 kilograms (approximately 36.39 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

JPME:em:San Diego
6/9/08

<u>Count 2</u>

On or about May 24, 2008, within the Southern District of California, defendant RICARDO ESQUIVEL-GUZMAN did knowingly and intentionally possess, with intent to distribute, approximately 16.54 kilograms (approximately 36.39 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 10, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

2