1  KAREN P. HEWITT
   United States Attorney
2  DAVID D. LESHNER
   Assistant U.S. Attorney
3  California State Bar No. 207815
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7163
   David.Leshner@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  Criminal Case No. 08-CR-1892-WQH
                                    )
11              Plaintiff,           )  DATE:  July 21, 2008
                                    )  TIME:  2:00 p.m.
12       v.                          )
                                    )
13 RICARDO ESQUIVEL-GUZMAN,         )  **UNITED STATES' NOTICE OF MOTION**
                                    )  **AND MOTION FOR RECIPROCAL**
14              Defendant.           )  **DISCOVERY**
                                    )
15 _____ )

16

17      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

18 Karen P. Hewitt, United States Attorney, and David D. Leshner, Assistant United States Attorney, and

19 hereby files its motion for reciprocal discovery. Said motion is based upon the files and records of this

20 case together with the attached memorandum of points and authorities.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

# MEMORANDUM OF POINTS AND AUTHORITIES

## I

## STATEMENT OF THE CASE

On June 10, 2008, defendant Ricardo Esquivel-Guzman was arraigned on a two-count Indictment charging him with importation of marijuana and possession of marijuana with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), 952 and 960. Defendant entered a plea of not guilty.

## II

## STATEMENT OF FACTS

**A.  Defendant's Apprehension**

On May 24, 2008, Defendant entered the United States from Mexico through the Otay Mesa, CA Port of Entry as the driver of a 2000 Ford Windstar. A Narcotic Detector Dog alerted to the vehicle's driver side window. The vehicle was referred for an x-ray inspection, but Defendant informed officers that the passenger, Bertha Esquivel, had received a liver transplant and was unable to walk. Officers performed a seven point inspection and discovered a plastic-wrapped package concealed in the rear driver side quarter panel. Further inspection revealed a total of 14 packages of marijuana with a total weight of 16.54 kilograms.

**B.  Defendant's Post-Arrest Statement**

Defendant received <u>Miranda</u> warnings and declined to make a statement.

## III

## MOTION FOR RECIPROCAL DISCOVERY

The Government has and will continue to fully comply with its discovery obligations. To date, the Government has provided Defendant with 23 pages of discovery, including reports of his arrest and photographs of the vehicle.

The Government moves the Court to order Defendant to provide all reciprocal discovery to which the Government is entitled under Federal Rules of Criminal Procedure 16(b) and 26.2. Specifically, Rule 16(b)(1) requires Defendant to disclose to the Government all exhibits, documents and reports of testing or examination which he intends to use in his case-in-chief at trial and a written summary of the names, anticipated testimony, and bases for opinions of experts he intends to call at trial

1 | under Rules 702, 703, and 705 of the Federal Rules of Evidence.

**IV**

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that the Court grant its motion.

DATED: June 23, 2008.                    Respectfully submitted,

                                                        Karen P. Hewitt
United States Attorney

s/ David D. Leshner
DAVID D. LESHNER
Assistant U.S. Attorney

Attorneys for Plaintiff
United States of America

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1892-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| RICARDO ESQUIVEL-GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

　　　I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of **UNITED STATES' NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　　Joseph McMullen, Esq.


　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on June 23, 2008.


　　　　　　　　/s/ David D. Leshner
　　　　　　　　DAVID D. LESHNER