

1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT

8        SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9  UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1892-WQH |
| 10              Plaintiff, | ) | **SUPERSEDING** |
| | ) | **I N F O R M A T I O N** |
| 11     v. | ) | |
| | ) | Title 18, U.S.C., Sec. 545 - |
| 12  RICARDO ESQUIVEL-GUZMAN, | ) | Importation of Merchandise |
| | ) | Contrary to Law (Felony) |
| 13              Defendant. | ) | |

   The United States Attorney charges:

   On or about May 24, 2008, within the Southern District of California, defendant RICARDO ESQUIVEL-GUZMAN did fraudulently and knowingly import or bring into the United States, merchandise contrary to law, or receive, conceal, buy, sell, or facilitate the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law; in violation of Title 18, United States Code, Section 545.

   DATED: 8/12/08

                                           KAREN P. HEWITT
                                           United States Attorney

                                           DAVID D. LESHNER
                                           Assistant U.S. Attorney