AO 455 (Rev. 5/85) Waiver of Indictment

---

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RICARDO ESQUIVEL-GUZMAN | CASE NUMBER: 08CR1892-WQH |

I, RICARDO ESQUIVEL-GUZMAN, the above-named defendant, who is accused of committing the following offenses:

Count 1: Importation of Merchandise Contrary to Law, in violation of Title 18, United States Code, Section 545 (Felony).

being advised of the nature of the charges, the proposed superceding information, and of my rights, hereby waive in open court on __8/14/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/ Ricardo Esquivel-Guzman_
Ricardo Esquivel-Guzman
Defendant

_/s/ Joseph M. McMullen_
Joseph M. McMullen
Defense Counsel

Before _/s/_
Judicial Officer

FILED
AUG 14 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY